| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon 180967<br>21241 Ventura Blvd.<br>Suite 253<br>Woodland Hills, CA 91364<br>(818)783-1674 Fax: (818)783-6253<br>180967 CA<br>kevin@ktsimonlaw.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Faissel Vincent Farhi | CASE NO.: 2:26-bk-12374-WB |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/25/2026

Faissel Vincent Farhi
Printed name of Debtor 1

Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1002-1.EMP.INCOME.DEC

| Name: | Faissel Farhi |
|---|---|
| Case #: | 2:26-bk-12374-WB |

**Average (Paid Semi-Monthly):**

| Gross | | | Taxes | | |
|---|---|---|---|---|---|
| | $ | 2,708.33 | | $ | 598.58 |
| | $ | 2,708.33 | | $ | 598.57 |
| | $ | 2,708.33 | | $ | 598.58 |
| | $ | 2,708.33 | | $ | 598.58 |
| Two Months Total | $ | 10,833.32 | | $ | 2,394.31 |
| divided by 4 = | $ | 2,708.33 | | $ | 598.58 |
| times 2 = | $ | 5,416.66 | | $ | 1,197.16 |

| Retirement | | |
|---|---|---|
| | $ | 162.50 |
| | $ | 162.50 |
| | $ | 162.50 |
| | $ | 162.50 |
| Two Months Total | $ | 650.00 |
| divided by 4 = | $ | 162.50 |
| times 2 = | $ | 325.00 |

| Gross Pay | $ | 5,416.66 |
|---|---|---|
| Minus Taxes | $ | 1,197.16 |
| Minus Retirement | $ | 325.00 |
| = Avg. Net Pay of | $ | 3,894.50 |

ZELLU GALLERY INC
511 N Robertson Blvd
West Hollywood CA 90048

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

FAISSEL V FARHI
2 MCCULLOUGH DR, STE 2
NEW CASTLE DE  19720-2092

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Faissel V Farhi
2 McCullough Dr, Ste 2
New Castle, DE  19720-2092
Employee ID: ███

Pay Period: 01/01/26 to 01/15/26
Check Date: 01/15/26    Check #: ███

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg███ | 1947.25 | 1947.25 |
| NET PAY | 1947.25 | 1947.25 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
|---|---|---|---|---|
| Vacation | 80.00 hrs | 0.00 hrs | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
| Sick | 24.00 hrs | 0.00 hrs | 24.00 hrs | 24.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
| PTO | 40.00 hrs | 0.00 hrs | 40.00 hrs | 40.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2708.33 | | 2708.33 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 2708.33 | | 2708.33 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 167.92 | 167.92 |
| Medicare | | 39.27 | 39.27 |
| Fed Income Tax | S 0 | 271.00 | 271.00 |
| CA Income Tax | SMI2 0 0 | 85.18 | 85.18 |
| CA Disability | | 35.21 | 35.21 |
| TOTAL | | 598.58 | 598.58 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 162.50 | 162.50 |
| TOTAL | 162.50 | 162.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1947.25 | 1947.25 |

Payrolls by Paychex, Inc
0087 1717-4072 Zellu Gallery Inc • 511 N Robertson Blvd • West Hollywood CA  90048 • (310) 728-9915

ZELLIJ GALLERY INC.
511 N Robertson Blvd
West Hollywood CA 90048

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

FAISSEL V FARHI
2 MCCULLOUGH DR, STE 2
NEW CASTLE DE  19720-2092

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Faissel V Farhi
2 McCullough Dr, Ste 2
New Castle, DE  19720-2092
Employee ID: ▉

Pay Period: 01/16/26 to 01/31/26
Check Date: 01/30/26    Check #: ▉

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg▉ | 1947.26 | 3894.51 |
| NET PAY | 1947.26 | 3894.51 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 80.00 hrs | 0.00 hrs | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAIL BAL |
| Sick | 24.00 hrs | 0.00 hrs | 24.00 hrs | 24.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAIL BAL |
| PTO | 40.00 hrs | 0.00 hrs | 40.00 hrs | 40.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 2708.33 | | 5416.66 |
| | | Total Hours | | | | | |
| | | Total Hrs Worked | | | | | |
| | | Gross Earnings | | | 2708.33 | | 5416.66 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 167.91 | 335.83 |
| | Medicare | | 39.27 | 78.54 |
| | Fed Income Tax | S 0 | 271.00 | 542.00 |
| | CA Income Tax | SMI2 0 0 | 85.18 | 170.36 |
| | CA Disability | | 35.21 | 70.42 |
| | TOTAL | | 598.57 | 1197.15 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | PX401 EEPRE | 162.50 | 325.00 |
| | TOTAL | 162.50 | 325.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1947.26 | 3894.51 |

*Payrolls by Paychex, Inc.*

0087 1717-4072 Zellij Gallery Inc · 511 N Robertson Blvd · West Hollywood CA  90048 · (310) 728-9915

ZELLIJ GALLERY INC
511 N Robertson Blvd
West Hollywood CA 90048



*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

FAISSEL V FARHI
1944 ARGYLE AVE, APT 2
LOS ANGELES CA  90068-3393

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Faissel V Farhi
1944 Argyle Ave, Apt 2
Los Angeles, CA  90068-3393
Employee ID: █

Pay Period: 02/01/26 to 02/15/26
Check Date: 02/13/26    Check #: █

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg█ | 1947.25 | 5841.76 |
| NET PAY | 1947.25 | 5841.76 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | BEGBAL | AMTTAKEN | TOTALBAL | AVALBAL |
|---|---|---|---|---|
| Vacation | 80.00 hrs | 0.00 hrs | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | BEGBAL | AMTTAKEN | TOTALBAL | AVALBAL |
| Sick | 24.00 hrs | 0.00 hrs | 24.00 hrs | 24.00 hrs |
| DESCRIPTION | BEGBAL | AMTTAKEN | TOTALBAL | AVALBAL |
| PTO | 40.00 hrs | 0.00 hrs | 40.00 hrs | 40.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 2708.33 | | 8124.99 |
| | | Total Hours | | | | | |
| | | Total Hrs Worked | | | | | |
| | | Gross Earnings | | | 2708.33 | | 8124.99 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 167.92 | 503.75 |
| | Medicare | | 39.27 | 117.81 |
| | Fed Income Tax | S 0 | 271.00 | 813.00 |
| | CA Income Tax | SMI2 0 0 | 85.18 | 255.54 |
| | CA Disability | | 35.21 | 105.63 |
| | TOTAL | | 598.58 | 1795.73 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | PX401 EEPRE | 162.50 | 487.50 |
| | TOTAL | 162.50 | 487.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1947.25 | 5841.76 |

*Payrolls by Paychex, Inc.*
0087 1717-4072 Zellij Gallery Inc • 511 N Robertson Blvd • West Hollywood CA  90048 • (310) 728-9915

ZELLIJ GALLERY INC.
511 N Robertson Blvd
West Hollywood CA 90048

FAISSEL V FARHI
1944 ARGYLE AVE, APT 2
LOS ANGELES CA  90068-3393

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Faissel V Farhi
1944 Argyle Ave, Apt 2
Los Angeles, CA  90068-3393
Employee ID: ▮

Pay Period: 02/16/26 to 02/28/26
Check Date: 02/27/26   Check #: ▮

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg▮ | 1947.25 | 7789.01 |
| NET PAY | 1947.25 | 7789.01 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
|---|---|---|---|---|
| Vacation | 80.00 hrs | 0.00 hrs | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
| Sick | 24.00 hrs | 0.00 hrs | 24.00 hrs | 24.00 hrs |
| DESCRIPTION | BEG BAL | AMT TAKEN | TOTAL BAL | AVAL BAL |
| PTO | 40.00 hrs | 0.00 hrs | 40.00 hrs | 40.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2708.33 | | 10833.32 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 2708.33 | | 10833.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 167.92 | 671.67 |
| Medicare | | 39.27 | 157.08 |
| Fed Income Tax | S 0 | 271.00 | 1084.00 |
| CA Income Tax | SMI2 0 0 | 85.18 | 340.72 |
| CA Disability | | 35.21 | 140.84 |
| TOTAL | | 598.58 | 2394.31 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 162.50 | 650.00 |
| TOTAL | 162.50 | 650.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1947.25 | 7789.01 |

Payrolls by Paychex, Inc.

0087 1717-4072 Zellij Gallery Inc · 511 N Robertson Blvd · West Hollywood CA  90048 · (310) 728-9915