NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA   90017
(213) 689-3014

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 13 |
| ) | |
| FARHI, FAISSEL VINCENT ) | CASE NO. 2:26-bk-12374-WB |
| ) | |
| ) | **NOTICE OF CONTINUED CONFIRMATION** |
| ) | **HEARING** |
| ) | |
| ) | **NEW DATE/TIME** |
| ) | **Date:    June 24, 2026** |
| ) | **Time:    10:00 A.M.** |
| ) | **Place:  255 E. Temple Street** |
| Debtor ) | **Courtroom 1375** |
| ) | **Los Angeles, CA 90012** |

PLEASE TAKE NOTICE that the continued confirmation hearing in this case has been rescheduled as set forth above.

DATED: April 22, 2026                                              /s/Nancy Curry

NTC CTD CNF

**PROOF OF SERVICE OF DOCUMENT**

In Re:    **FARHI, FAISSEL VINCENT**
          **Case No. LA 2:26-bk-12374-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **NOTICE OF CONTINUED CONFIRMATION HEARING** will be served  or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 22, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On April 22, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
FARHI, FAISSEL VINCENT
1944 ARGYLE AVE #2
LOS ANGELES, CA 90068

Attorney for Debtor
KEVIN T. SIMON
21241 VENTURA BLVD., STE 253
WOODLAND HILLS, CA 91364-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on April 22, 2026 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| April 22, 2026 | Elizet Cash | /s/ Elizet Cash |
| Date | Type Name | Signature |

NTC CTD CNF