Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>FARHI, FAISSEL VINCENT | CASE NO. 2:26-bk-12374-WB<br><br>CHAPTER 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**<br><br>DATE: June 24, 2026<br>TIME: 10:00 AM<br>COURTROOM:  1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

   THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

Therefore, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.


DATED:   April 22, 2026                                            /s/ Nancy Curry
                                                                            Chapter 13 Standing Trustee

## DECLARATION OF SEAN O'HAIR

I, SEAN O'HAIR, declare as follows:

1.   Nancy Curry is the Chapter 13 Standing Trustee in this matter:

FARHI, FAISSEL VINCENT, 2:26-bk-12374-WB

I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in the regular course of business. I have personally reviewed the files and records kept by her office in the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2.   I object to the confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on April 22, 2026.

DATED: April 22, 2026                                  /s/ Sean O'Hair
                                                        Sean O'Hair

**Debtor**    **Faissel Vincent Farhi**                                      **Attorney**    **Kevin T. Simon**
**Case No.**    **2:26-bk-12374-WB**                  **CL5% 27.00**                          **§341(a) 04/16/2026**

## EXHIBIT A

**The Trustee reserves the right to object to confirmation of the plan based on other issues that may arise at or before confirmation requiring additional action or information by the debtor and counsel. 11 U.S.C. §1302(b)(2).**

### Liquidation

The Plan provides less for general unsecured creditors than they would receive in Chapter 7 [11 USC §1325(a)(4)].

1. The Plan's own liquidation analysis reflects that general unsecured creditors must receive at least $46,959 whereas the Plan provides only an estimated $22,169. The class 5 treatment should be "Percentage" at $46,959 based on the plan itself

2. The schedules reflect that there is non-exempt equity which would result in a higher percentage payment to general unsecured creditors.

Debtor claims about $12,666 of cash as exempt pursuant to C.C.P. §704.225 which states that "[m]oney in a judgment debtor's deposit account that is not otherwise exempt under this chapter is exempt to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor." Here the Debtors have provided no evidence that this is the case. In fact, the schedules filed indicate that the Debtors have sufficient income to reasonably support themselves and their dependents in addition to making plan payments to the Trustee. Therefore, there exist more non-exempt funds for creditors than disclosed.

### Income

The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide:

(1) Payment advices (documentation) to prove current income and income received during the sixty days preceding the date of the petition. [11 USC §521(a)(1), LBR 3015-1(c)(3)]

(2) Complete copies of Federal and State Income Tax Returns for the following years: 2022–2025 [11 USC §521(e)(2), LBR 3015-1(c)(3)].

The Debtor has failed to comply with the business reporting requirements of LBR 3015-1(c) for Zeliij Gallery Inc. and Moroccan Imports.

- Actual monthly income and expense statements for the six months preceding the date of the petition with supporting bank statements; and continue to provide these statements each month until a plan is confirmed;
- Projected income and expenses for the 12 month period following the filing of the petition;
- Evidence of appropriate business insurance and required licenses;
- Complete Federal and State income tax returns for each of the three years preceding the filing of the petition;
- Inventory of goods and list of business furniture and equipment as of the date the petition date [if business has employees].

The Income and Expense Statement Forms can be downloaded from the Trustee's website: **http://curry.trustee13.com**.

### Miscellaneous

Debtor has failed to file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period prior to the filing of the petition. [11 USC § 1308(a); § 1325(a)(9)]

Debtor to provide an accounting of all proceeds received from the sale of 5547 Vantage Avenue as disclosed in Statement of Financial Affair #18.

**PROOF OF SERVICE DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION  TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 22, 2026, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:**  On April 22, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| FARHI, FAISSEL VINCENT | KEVIN T. SIMON |
| 1944 ARGYLE AVE #2 | 21241 VENTURA BLVD., STE 253 |
| LOS ANGELES, CA 90068 | WOODLAND HILLS, CA 91364- |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P.5  and/or controlling LBR, on April 22, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission, and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
U.S. Bankruptcy Court
Bin outside of Suite 1382
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 22, 2026 | Carlos Robles | /s/ Carlos Robles |
| Date | Type Name | Signature |