**RAMLO LAW**
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Creditor Everly Fitzgerald

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>　　　Faissel Vincent Farhi,<br><br>　　　　　Debtor. | Case No. 2:26-bk-12374-WB<br><br>Hon. Julia Brand<br><br>Chapter 13<br><br>**Objection to Plan and Declaration in Support Thereof**<br><br>Hearing Date: **June 24, 2026**<br>Hearing Time: **10:00 a.m.**<br>Courtroom: 1375<br>255 East Temple Street<br>Los Angeles, CA  90012 |

Everly Fitzgerald, creditor, objects to the Chapter 13 plan (DE 16, filed 3/26/26, the **Plan**""), as follows:

Ms. Fitzgerald objects to the plan on the same grounds set forth in the Chapter 13 Trustee's plan objection (DE 21, filed 4/22/26) and incorporates that objection herein.

In addition, the Plan, its liquidation analysis, and the amount of scheduled payments should be modified to account for the value of the tile samples possessed or owned by the Debtor. He scheduled those tile samples, along with a desk, table, and two computers, with a value of $6,000.  During the 2-1/2 years that Ms. Fitzgerald was Debtor's Executive Assistant, the Debtor and his businesses had thousands of time samples in Los Angeles and each one was worth at least $150.  During Ms. Fitzgerald's tenure as Executive Assistant to the Debtor, he owned a Rolex

watch.  The watch is not identified in Schedule B nor in the SOFA 18 list of property sold, traded, or otherwise transferred within 2 years before the March 26, 2026 petition date.  The Plan should be modified to account for the watch or the Debtor should account for the disposition of the watch and its proceeds.

The annexed declaration of Ms. Fitzgerald supports this objection and the Trustee's objection.

Confirmation of the Plan should be denied.

Dated: June 10, 2026

**RAMLO LAW**

By: */s/ Kurt Ramlo*
Attorney for Creditor Everly Fitzgerald

- 2 -