RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Creditor Everly Fitzgerald

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>   Faissel Vincent Farhi,<br><br>      Debtor. | Case No. 2:26-bk-12374-WB<br><br>Hon. Julia Brand<br><br>Chapter 13<br><br>**Declaration of Everly Fitzgerald in Support of Objection to Plan**<br><br>Hearing Date: **June 24, 2026**<br>Hearing Time: **10:00 a.m.**<br>Courtroom: 1375<br>255 East Temple Street<br>Los Angeles, CA  90012 |

I, Everly Fitzgerald, declare:

1.      I am over the age of eighteen years and understand and believe in the obligations of an oath or affirmation.

2.      I was employed as the Executive Assistant to the Debtor, owner of Zellij Gallery, Inc., which he 100% owned directly.  He also owned\ Moroccan Imports which supplied product to Zellij Gallery.  Among my duties was to run the showroom in Los Angeles, which contained thousands of time samples.

3.      I am a certified interior designer.  I obtained a Bachelor of Arts degree in communications from the University of Texas.  I worked for State Farm Insurance for more than 10 years, first as a top-performing salesperson and later as a business consultant to State Farm agencies.

4.      The Debtor hired me on or about December 9, 2020 and my employment began on January 4, 2021. Debtor wrongfully terminated me on August 10, 2023. In performing my duties for the Debtor and his businesses, I came to learn a lot about the financial and operational aspects of the businesses and Debtor's role in them. Debtor and his two businesses had more than one employee during my tenure and to my understanding it would be impossible to run either business with the Debtor as the sole employee.

5.      The Los Angeles showroom had thousands of tile samples during my tenure there and I came to learn that the samples were worth at least $150 each. The Debtor's Schedule B item 38 states that those tile samples (along with a desk, table, and two computers) are worth no more than $6,000. That is not correct, even if the businesses today have just a fraction of the samples they did during my tenure.

6.      Debtor scheduled the gallery and Moroccan Imports as worthless, but those sample tiles and the tile inventory kept at the warehouse in Delaware would provide a significant amount of value to those businesses and the Debtor.

7.      At the time I was wrongfully terminated, Debtor owned a Rolex watch. I note that it is not scheduled as an asset nor is it listed as have been sold during the two years before this chapter 13 case began.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2026

_____
Everly Fitzgerald

- 2 -