Kevin T. Simon - SBN 180967
THE LAW OFFICES OF KEVIN T. SIMON, APC.
21241 Ventura Blvd., Suite 253
Woodland Hills, CA 91364
Tel: (818) 783-1674
Fax: (818) 783-6253
Email: kevin@ktsimonlaw.com

Attorney for Debtor,
Faissel Vincent Farhi

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

FAISSEL VINCENT FARHI,

                                    Debtor

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHAPTER    13
CASE NO.:    2:26-bk-12374-WB

**DEBTOR'S RESPONSE TO CREDITOR EVERLY FITZGERALD'S OBJECTION TO DEBTOR'S CONFIRMATION OF PLAN**

DATE:   June 24, 2026
TIME:   10:00 a.m.
CTRM:  1375
          255 E. Temple Street.
          Los Angeles, CA 90012

**TO THE HONORABLE JULIA W. BRAND, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Faissel Vincent Farhi (hereinafter "Debtor") hereby submits his Response to Creditor Everly Fitzgerald's (hereinafter "Creditor"), Objection to Debtor's Confirmation of Chapter 13 Plan filed June 10, 2026, with regard to the previously filed Trustee's Objection filed April 22, 2026 [Docket #21], and allegations of additional assets undisclosed. Debtor responds to Creditor's Objection as follows:

## I.    STATEMENT OF FACTS

Debtor's case was filed March 12, 2026.

On or about August 10, 2023, Creditor Everly Fitzgerald alleges that she was terminated from employment by Debtor, which was thirty-one (31) months prior to the filing of Debtor's bankruptcy.

On or about April 22, 2026, the Chapter 13 Trustee filed an Objection to Confirmation of Plan. The Debtor will resolve all issues addressed by the Chapter 13 Trustee prior to Confirmation of his Plan.

On or about June 10, 2026, creditor Everly Fitzgerald filed an Objection to Plan (hereinafter "Creditor Objection"), alleging that Debtor failed to disclose inventory as well as an alleged luxury watch in his Schedules A/B.  (Attached to the Declaration of Debtor as Exhibit "A" is a true and correct copy of Schedules "A/B".).  Creditor's Objection consists solely of allegations without supporting evidence, expertise, or current knowledge of the business.

On or about June 15, 2026, Creditor filed a Complaint for Non-Dischargeability, Adversary Case # 2:26-ap-01154-WB, as to a pending state court action, Case # 23STCV31387 for a wrongful termination suit.

Debtor disputes all allegations listed in Creditor's Objection.

Creditor has provided no evidence to support her allegations, nor does she state a specific value for any of the alleged assets.

Debtor asserts that all business assets are properly valued in Schedules A/B with a total value of $6,000.00.  Debtor asserts that his business assets consist of a desk, table, two computers, and various tile samples.  Debtor asserts the retail cost for a custom-made tile shipped from Morocco can range up to $150.00, however the non-custom tile samples in his showroom are valued far less than any retail value of $150.00.  Furthermore, Debtor asserts he only has about 100 boards in the showroom, not the thousands that Creditor is alleging. It is unknown how Creditor could possibly be aware of the current status of Debtor's business when she was terminated from employment thirty-one (31) months prior.

Creditor asserts that Debtor owns a Rolex watch.  It is unknown how Creditor can possibly determine the value of a timepiece unless she were a watch expert; it is common for

"luxury" goods to be replicas.  Debtor asserts that he does not own a Rolex watch, and that he has never owned a Rolex watch.

The Adversary proceeding recently filed will determine the veracity of Creditor's allegations as to the state court lawsuit.  Once either the Adversary proceeding or the state court suit make a determination as to the veracity of Creditor's allegations, these allegations will be addressed in Debtor's bankruptcy proceeding.  As Creditor is simply alleging without providing evidence, Creditor's Objection should not hinder confirmation of Debtor's Chapter 13 Plan.

## II.    CONCLUSION

Therefore, for the reasons set forth above, as Creditor's allegations have not yet been adjudicated, Debtor requests that Creditor's Objection should not hinder confirmation of Debtor's Chapter 13 Plan at this time.

DATE  June 18, 2026

Kevin T. Simon
Attorney for Debtor
Faissel Vincent Farhi

## DECLARATION OF FAISSEL VINCENT FARHI IN SUPPORT OF RESPONSE TO CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Faissel Vincent Farhi, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements.

1. I am the Debtor in this instant bankruptcy, Case Number 2:26-bk-12374-WB which was filed on March 12, 2026.

2. On or about August 10, 2023, Creditor Everly Fitzgerald alleges that she was terminated from employment by my business, which was thirty-one (31) months prior to the filing of the instant bankruptcy.

3. On or about April 22, 2026, the Chapter 13 Trustee filed an Objection to Confirmation of Plan. I will resolve all issues addressed by the Chapter 13 Trustee prior to Confirmation of the Plan.

4. On or about June 10, 2026, creditor Everly Fitzgerald filed an Objection to Plan (hereinafter "Creditor Objection"), alleging that I failed to disclose inventory as well as an alleged luxury watch in Schedules A/B. (Attached hereto as Exhibit "A" is a true and correct copy of Schedules "A/B".). Creditor's Objection consists solely of allegations without supporting evidence, expertise, or current knowledge of the business.

5. On or about June 15, 2026, Creditor filed a Complaint for Non-Dischargeability, Adversary Case # 2:26-ap-01154-WB, as to a pending state court action, Case # 23STCV31387 for a wrongful termination suit.

6. I dispute all allegations listed in Creditor's Objection.

7. Creditor has provided no evidence to support her allegations, nor does she state a specific value for any of the alleged assets.

8. I assert that all business assets are properly valued in Schedules A/B with a total value of $6,000.00. I assert that my business assets consist of a desk, table, two computers, and various tile samples. I assert the retail cost for a custom-made tile shipped from Morocco can range up to $150.00, however the non-custom tile samples in the showroom are valued far less than any retail value of $150.00. Furthermore, I assert that I only have about 100 boards in the showroom, not the thousands that Creditor is alleging. It is unknown how Creditor could

possibly be aware of the current status of my business when she was terminated from employment thirty-one (31) months prior.

9.    Creditor asserts that I own a Rolex watch.  It is unknown how Creditor can possibly determine the value of a timepiece unless she were a watch expert; it is common for "luxury" goods to be replicas.  I assert that I do not own a Rolex watch, and that I have never owned a Rolex watch.

10.    The Adversary proceeding recently filed will determine the veracity of Creditor's allegations as to the state court lawsuit.  Once either the Adversary proceeding or the state court suit make a determination as to the veracity of Creditor's allegations, these allegations will be addressed in the bankruptcy proceeding.  As Creditor is simply alleging without providing evidence, Creditor's Objection should not hinder confirmation of the Chapter 13 Plan.

11.    For the reasons set forth above, as Creditor's allegations have not yet been adjudicated, it is respectfully requested that Creditor's Objection should not hinder confirmation of the Chapter 13 Plan at this time.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed this 18th Day of June 2026, at Woodland Hills, California.

_____
Faissel Vincent Farhi

# EXHIBIT "A"

**Fill in this information to identify your case and this filing:**

Debtor 1 _____Faissel Vincent Farhi_____
      First Name           Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name         Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   2:26-bk-12374-WB

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property         **12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

1944 Argyle Avenue
Street address, if available, or other description

Los Angeles    CA    90068-0000
City         State      ZIP Code

Los Angeles
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

The Debtor believes that the value of the subject property is $2,243,100.00; less anticipated cost of sale of $179,448.00 or net value of $2,063,652.00 (subject to first position deed of trust in favor of Bank of Whittier in the approximate amount of $1,443,873.00. Homestead exemption of $746,375.00 applies. Therefore net equity of negative -$126,596.00.)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,243,100.00 | $2,243,100.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**      $2,243,100.00

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Faissel Vincent Farhi | Case number *(if known)* | 2:26-bk-12374-WB |
|---|---|---|---|

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | |
|---|---|---|---|

3.1  Make: **BMW**
Model: **X5**
Year: **2026**
Approximate mileage: **70**
Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$82,000.00          $82,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>

$82,000.00

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Furniture and Appliance | $1,000.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Misc. Electronics | $500.00 |
|---|---|

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No

| Debtor 1 | Faissel Vincent Farhi | Case number *(if known)* | 2:26-bk-12374-WB |
|---|---|---|---|

☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing | $250.00 |
|---|---|

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| $1,750.00 |
|---|

## Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes...............................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

Institution name:

| 17.1. | Checking and Savings | JP Morgan Chase | $12,666.00 |
|---|---|---|---|
| 17.2. | Checking | JP Morgan Chase | $3,399.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them....................
Name of entity:                               % of ownership:

| Debtor 1 | Faissel Vincent Farhi | Case number *(if known)* | 2:26-bk-12374-WB |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Zellij Gallery Inc.<br>(Debtor's Goodwill)<br>(Liabilities Exceed Value of Corporation) | 100 | % | $0.00 |
| Moroccan Imports<br>(Debtor's Goodwill) | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| SEP IRA | Northwestern Mutual | $99,025.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | Faissel Vincent Farhi | Case number (if known) | 2:26-bk-12374-WB |
|---|---|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Northwestern Mutual Insurance; whole life insurance policy subject to secured loan held by Inclined Technologies Inc. Surrender value $15,000.00. | Ihssane Bonali, Norlina Farhi | $195,948.17 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................** | $311,038.17 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | Faissel Vincent Farhi | Case number *(if known)* | 2:26-bk-12374-WB |
|---|---|---|---|

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ■ Yes. Describe.....

| Desk, table, (2) computers, and tile samples | $6,000.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes. Describe.....

41. **Inventory**
   ■ No
   ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes. Give specific information about them...................
       Name of entity:                                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................**

| | $6,000.00 |
|---|---|

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

| Debtor 1 | Faissel Vincent Farhi | Case number *(if known)* | 2:26-bk-12374-WB |
|---|---|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................................    $2,243,100.00

56. **Part 2: Total vehicles, line 5**    $82,000.00

57. **Part 3: Total personal and household items, line 15**    $1,750.00

58. **Part 4: Total financial assets, line 36**    $311,038.17

59. **Part 5: Total business-related property, line 45**    $6,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $400,788.17    Copy personal property total    $400,788.17

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    $2,643,888.17

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

THE LAW OFFICES OF KEVIN T. SIMON, APC. 21241 Ventura Blvd., Suite 253 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S RESPONSE TO CREDITOR EVERLY FITZGERALD'S OBJECTION TO DEBTOR'S CONFIRMATION OF PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____06/19/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy Curry (TR):          ecfnc@trustee13.com, inquiries@trusteecurry.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Kevin T Simon:             kevin@ktsimonlaw.com
AIS Portfolio Services, LLC   amit.sharma@aisinfo.com
Ramlo Law                 RamloLegal@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____06/19/2026_____,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor(s)</u>
Faissel Vincent Farhi
1944 Argyle Avenue #2
Los Angeles, CA 90068

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____06/19/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge's Copy:  Honorable Julia W. Brand 255 E. Temple Street, Suite 1382 / Ctrm. 1375 Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/19/2026 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE LIST:**

Amex
CorrespondenceBankruptcy
PO Box 981535
El Paso, TX 79998

Bank of Whittier
15141 East Whittier Blvd.
Whittier, CA 90603

Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

BMW Financial Services
1400 City View Drivr
Columbus, OH 43215

BMW Financial Services
c/o AIS Portfolio Services LP
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Ihssane Benali
1944 Argyle Avenue #2
Los Angeles, CA 90068

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Joshua D. Schein, Esq.
Schein Law Group APC
RE: Everly Fitzgerald
2029 Century Park East, Suite 400
Los Angeles, CA 90067

JPMC
c/o National Bankruptcy Services
PO Box 9013
Addison, TX 75001

JPMC c/o
National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Kurt Ramlo, Ramlo Law
15021 Ventura Blvd.
#544
Sherman Oaks, CA 91403

Law Office of Parag L. Amin, P.C.
5901 W. Century Blvd.
Suite 1518
Los Angeles, CA 90045

Lisa G. Sherman, Esq.
Sherman Law Corporation
Re: Everly Fitzgerald
6300 Wilshire Blvd., Suite 880
Los Angeles, CA 90048

Mechanics Bank c/o its agent
Inclined Technologies, Inc.
9450 SW Gemini Dr.
PMB 59913
Beaverton, OR 97008

O'Hagan Meyer LLP
4695 MacArthur Court
Siute 900
Newport Beach, CA 92660

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Resurgent Capital Services
Re: LVNV Funding, LLC
P.O. Box 10587
Greenville, SC 29603-0587

Superior Court - Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.