Kevin T. Simon, Esq. SBN - 180967
THE LAW OFFICES OF KEVIN T. SIMON, APC
21241 Ventura Blvd., Suite 253
Woodland Hills, CA 91364
Tel: (818) 783-1674
Fax: (818) 783-6253
Email: kevin@ktsimonlaw.com

Attorney for Debtor(s),
Faissel Vincent Farhi

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>FAISSEL VINCENT FARHI,<br><br>Debtor(s). | Chapter 13<br>Case No.: 2:26-bk-12374-WB<br><br>DECLARATION OF FAISSEL VINCENT FARHI IN SUPPORT OF § 704.225 EXEMPTION AND § 704.070 EXEMPTION<br><br>Date: August 26, 2026<br>Time: 10:00 am<br>Courtroom: 1375<br>Place: 255 E. Temple Street<br>Los Angeles, CA 90012 |

I, Faissel Vincent Farhi, declare as follows:

1. I am the Debtor in the instant bankruptcy case; case number 2:26-bk-12374-WB, which was filed on March 12, 2026.
2. I filed my current case in good faith to save my property and reorganize my debts.
3. I am self-employed in ceramic and tile sales.
4. I am 100% owner of two corporations, Zellij Gallery, Inc., and Moroccan Imports, LLC.

5. I receive income from my corporations via semi-monthly paychecks, deposited into my Chase personal checking and savings account. I also receive additional income from my corporations via transfers from my business accounts into my personal accounts as funds are needed. I receive rental income from my property via Zelle or cash deposits from my tenants into my Chase personal checking account.
6. At the time my bankruptcy petition was filed in March 2026, my personal checking account with Chase held funds totaling approximately $17,824.14 in the account. (Attached hereto as Exhibit "A" is a copy of the March 2026 statement for this account.).
7. Funds in the account vary throughout the year depending on the income I receive, and the household expenses that I incur.
8. Funds are held in the account, and taken out as needed for my business and personal expenses, so I can run my business, make necessary repairs for my tenants, and provide for living expenses for my family.
9. The Exemption C.C.P. § 704.225 – Deposit account funds (extent necessary for support) is used to protect the funds in the checking account, as the funds are needed for support such as any expenses that may come up for my personal living expenses.
10. At the time my bankruptcy petition was filed in March 2026, my Chase checking and savings account held funds totaling approximately $2,189.77 in the account. (Attached hereto as Exhibit "B" is a copy of the March 2026 for this account.).
11. I receive pay checks from my employment at Zellij Gallery, Inc., which are deposited into my Chase checking and savings account.
12. Funds in the account are then used for our daily household expenses, as needed.

13. Funds in the account fluctuate throughout the year, based upon our expenses.

14. The Exemption C.C.P. § 704.070 – Paid Earnings is used to protect the funds in the checking account, as the funds were deposited within 30 days of the filing of my petition are needed for support such as any expenses that may come up for our personal living expenses.

15. As such, funds in both accounts are fully exempted under C.C.P. § 704.225 and C.C.P. § 704.070 pursuant to Amended schedules A/B and C. (Attached hereto as Exhibit "C" is a copy of Amended Schedules A/B and C, filed August 20, 2026 as Docket #30.).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on August 20, 2026, at Woodland Hills, California.

Faissel Vincent Farhi

# EXHIBIT "A"

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

March 06, 2026 through April 06, 2026
Account Number: [redacted]4068

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00545654 DRE 703 219 09726 NNNNNNNNNNN 1 000000000 04 0000
FAISSEL FARHI
511 N ROBERTSON BLVD
WEST HOLLYWOOD CA 90048

05456540101000000021

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$10,423.54** |
| Deposits and Additions | 16,661.60 |
| ATM & Debit Card Withdrawals | -175.76 |
| Electronic Withdrawals | -21,254.31 |
| Fees | -0.50 |
| **Ending Balance** | **$5,654.57** |

$0.00

The monthly service fee for this account was waived as an added feature of a linked Chase Private Client Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$10,423.54** |
| 03/06 | Zelle Payment From Riley A Donnellan 28330190717 | **1,720.00** | 12,143.54 |
| 03/11 | Zelle Payment From Hannah Fontanelli Wfct0Zwpr9Dl | **60.14** | 12,203.68 |
| 03/12 | Online Transfer From Chk ...3480 Transaction#: 28409734837 | **5,620.46** | 17,824.14 |
| 03/16 | LA CO Ttc Paymnt 2139742111 3917228657 Web ID: 0000079161 | -14,370.43 | 3,453.71 |
| 03/24 | Recurring Card Purchase 03/23 Py *Brooks Pest Contro 833-3691242 UT Card 7128 | -54.50 | 3,399.21 |
| 03/30 | Card Purchase 03/26 Mcdo Aer Med V -73 B2P Nouaceur Card 7128 MA Dirham 158.00 X 0.1075316 (Exchg Rte) | -16.99 | 3,382.22 |
| 03/30 | Recurring Card Purchase 03/30 Ahs Ahs.Com Ahs.Com TN Card 7128 | -104.27 | 3,277.95 |
| 03/30 | Foreign Exch Rt ADJ Fee 03/26 Mcdo Aer Med V -73 B2P Nouaceur Card 7128 | -0.50 | 3,277.45 |
| 03/31 | Online Transfer From Chk ...3480 Transaction#: 28643164821 | **3,207.00** | 6,484.45 |
| 03/31 | Online Transfer From Chk ...2660 Transaction#: 28646423043 | **500.00** | 6,984.45 |
| 03/31 | Online Transfer From Chk ...3480 Transaction#: 28643168071 | **200.00** | 7,184.45 |
| 04/01 | Zelle Payment From Hannah Fontanelli Wfct0Zyzwhfr | **3,394.00** | 10,578.45 |
| 04/01 | Bk of Whittier ACH Trnsfr PPD ID: 1953741119 | -6,883.88 | 3,694.57 |
| 04/02 | Zelle Payment From Hannah Fontanelli Wfct0Zz67X78 | **240.00** | 3,934.57 |
| 04/03 | Zelle Payment From Riley A Donnellan 28686116194 | **1,720.00** | 5,654.57 |
| | **Ending Balance** | | **$5,654.57** |

# EXHIBIT "B"

CHASE PRIVATE CLIENT

February 28, 2026 through March 31, 2026
Primary Account: [redacted]2660

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$492.52** |
| 03/02 | Zellij Gallery I Payroll PPD ID: 9009989232 | **1,947.25** | 2,439.77 |
| 03/02 | Recurring Card Purchase 02/28 F45 Sunset Strip F45Training.C CA Card 8562 | -50.00 | 2,389.77 |
| 03/02 | Zelle Payment To Kochakorn Jpm99C7Gdvu1 | -150.00 | 2,239.77 |
| 03/04 | Online Transfer To Sav ...2205 Transaction#: 27945013661 | -2,200.00 | 39.77 |
| 03/09 | Online Transfer From Sav ...2205 Transaction#: 28351327022 | **2,200.00** | 2,239.77 |
| 03/09 | Recurring Card Purchase 03/07 F45 Sunset Strip F45Training.C CA Card 8562 | -50.00 | 2,189.77 |
| [redacted] | | | |
| | **Ending Balance** | | **$11,480.30** |

# EXHIBIT “C”

**Fill in this information to identify your case and this filing:**

Debtor 1: Faissel Vincent Farhi (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 2:26-bk-12374-WB

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

1944 Argyle Avenue
Street address, if available, or other description

Los Angeles (City) CA (State) 90068-0000 (ZIP Code)

Los Angeles (County)

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $2,243,100.00 | $2,243,100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

The Debtor believes that the value of the subject property is $2,243,100.00; less anticipated cost of sale of $179,448.00 or net value of $2,063,652.00 (subject to first position deed of trust in favor of Bank of Whittier in the approximate amount of $1,443,873.00. Homestead exemption of $746,375.00 applies. Therefore net equity of negative -$126,596.00.)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** $2,243,100.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 Faissel Vincent Farhi Case number *(if known)* 2:26-bk-12374-WB

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1 Make: BMW
Model: X5
Year: 2026
Approximate mileage: 70
Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
| --- | --- |
| $82,000.00 | $82,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** $82,000.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Furniture and Appliance — $1,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

Misc. Electronics — $500.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No

☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Clothing | $250.00 |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ $1,750.00

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.......................................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking and Savings | JP Morgan Chase | $2,189.77 |
| 17.2. | Checking | JP Morgan Chase | $17,824.14 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them..................
Name of entity: % of ownership:

| | | |
|---|---|---|
| Zellij Gallery Inc.<br>(Debtor's Goodwill)<br>(Liabilities Exceed Value of Corporation) | 100 % | $0.00 |
| Moroccan Imports<br>(Debtor's Goodwill) | 100 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| SEP IRA | Northwestern Mutual | $99,025.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Northwestern Mutual Insurance; whole life insurance policy subject to secured loan held by Inclined Technologies Inc. Surrender value $15,000.00. | Ihssane Bonali, Norlina Farhi | $195,948.17 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................** $314,987.08

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 Faissel Vincent Farhi Case number *(if known)* 2:26-bk-12374-WB

38. **Accounts receivable or commissions you already earned**

■ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
■ Yes. Describe.....

Desk, table, (2) computers, and tile samples — $6,000.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No
☐ Yes. Describe.....

41. **Inventory**

■ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**

■ No
☐ Yes. Give specific information about them..................
Name of entity: % of ownership:

43. **Customer lists, mailing lists, or other compilations**

■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes. Describe.....

44. **Any business-related property you did not already list**

■ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................................................** $6,000.00

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

Debtor 1 Faissel Vincent Farhi Case number *(if known)* 2:26-bk-12374-WB

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ | | | $2,243,100.00 |
| 56. | **Part 2: Total vehicles, line 5** | $82,000.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,750.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $314,987.08 | | |
| 59. | **Part 5: Total business-related property, line 45** | $6,000.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $404,737.08 | Copy personal property total | $404,737.08 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $2,647,837.08 |

**Fill in this information to identify your case:**

Debtor 1: Faissel Vincent Farhi
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:26-bk-12374-WB

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 1944 Argyle Avenue Los Angeles, CA 90068 Los Angeles County<br>The Debtor believes that the value of the subject property is $2,243,100.00; less anticipated cost of sale of $179,448.00 or net value of $2,063,652.00 (subject to first position deed of trust i<br>Line from *Schedule A/B*: 1.1 | $2,243,100.00 | ■ $746,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2026 BMW X5 70 miles<br>Line from *Schedule A/B*: 3.1 | $82,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Furniture and Appliance<br>Line from *Schedule A/B*: 6.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Misc. Electronics<br>Line from *Schedule A/B*: 7.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1 Faissel Vincent Farhi Case number (if known) 2:26-bk-12374-WB

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Clothing<br>Line from *Schedule A/B*: 11.1 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Checking and Savings: JP Morgan Chase<br>Line from *Schedule A/B*: 17.1 | $2,189.77 | ■ $2,189.77<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking: JP Morgan Chase<br>Line from *Schedule A/B*: 17.2 | $17,824.14 | ■ $17,824.14<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| SEP IRA: Northwestern Mutual<br>Line from *Schedule A/B*: 21.1 | $99,025.00 | ■ $99,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Northwestern Mutual Insurance; whole life insurance policy subject to secured loan held by Inclined Technologies Inc. Surrender value $15,000.00. Beneficiary: Ihssane Bonali, Norlina Farhi<br>Line from *Schedule A/B*: 31.1 | $195,948.17 | ■ $15,598.91<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| Desk, table, (2) computers, and tile samples<br>Line from *Schedule A/B*: 39.1 | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

■ No

☐ Yes

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

THE LAW OFFICES OF KEVIN T. SIMON, APC. 21241 Ventura Blvd., Suite 253 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF FAISSEL VINCENT FARHI IN SUPPORT OF § 704.225 EXEMPTION AND § 704.070 EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _______08/24/2026________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy Curry (TR): ecfnc@trustee13.com, inquiries@trusteecurry.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Kevin T Simon: kevin@ktsimonlaw.com
AIS Portfolio Services, LLC amit.sharma@aisinfo.com
Ramlo Law RamloLegal@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______08/24/2026________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)
Faissel Vincent Farhi
1944 Argyle Avenue #2
Los Angeles, CA 90068

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______08/24/2026______, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy: Honorable Julia W. Brand 255 E. Temple Street, Suite 1382 / Ctrm. 1375 Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2026 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE LIST:**

Amex
CorrespondenceBankruptcy
PO Box 981535
El Paso, TX 79998

Bank of Whittier
15141 East Whittier Blvd.
Whittier, CA 90603

Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

BMW Financial Services
1400 City View Drivr
Columbus, OH 43215

BMW Financial Services
c/o AIS Portfolio Services LP
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Ihssane Benali
1944 Argyle Avenue #2
Los Angeles, CA 90068

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Joshua D. Schein, Esq.
Schein Law Group APC
RE: Everly Fitzgerald
2029 Century Park East, Suite 400
Los Angeles, CA 90067

JPMC
c/o National Bankruptcy Services
PO Box 9013
Addison, TX 75001

JPMC c/o
National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Kurt Ramlo, Ramlo Law
15021 Ventura Blvd.
#544
Sherman Oaks, CA 91403

Law Office of Parag L. Amin, P.C.
5901 W. Century Blvd.
Suite 1518
Los Angeles, CA 90045

Lisa G. Sherman, Esq.
Sherman Law Corporation
Re: Everly Fitzgerald
6300 Wilshire Blvd., Suite 880
Los Angeles, CA 90048

Mechanics Bank c/o its agent
Inclined Technologies, Inc.
9450 SW Gemini Dr.
PMB 59913
Beaverton, OR 97008

O'Hagan Meyer LLP
4695 MacArthur Court
Siute 900
Newport Beach, CA 92660

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Resurgent Capital Services
Re: LVNV Funding, LLC
P.O. Box 10587
Greenville, SC 29603-0587

Superior Court - Los Angeles
111 N. Hill Street
Los Angeles, CA 90012