RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Creditor Everly Fitzgerald

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

Faissel Vincent Farhi,

Debtor.

Case No. 2:26-bk-12374-WB

Hon. Julia Brand

Chapter 13

**Declaration of Everly Fitzgerald in Support of Opposition to Claims Objection**

Hearing Date: **November 18, 2026**
Hearing Time: **1:30 p.m.**
Courtroom: 1375
255 East Temple Street
Los Angeles, CA 90012

I, Everly Fitzgerald, declare:

1. I am over the age of eighteen years and understand and believe in the obligations of an oath or affirmation. I make this declaration in support of my *Opposition to Motion Objecting to Claim #8-1 of Everly Fitzgerald*.

2. I filed proof of claim No. 8-1 on May 21, 2026 (the "**Claim**"). The Debtor has objected to my claim on the ground that it is unliquidated.

3. My Claim is unliquidated in that the total amount of the claim has not been liquidated. Portions of my claim, however, are liquidated to some extent. A portion of my claim is for economic damages in an amount of no less than $460,800, consisting of back pay, front pay, waiting time penalties, wage statement penalties,

medical expenses, as follows:

a. Back pay from 8/11/23 to 11/4/26 of no less than $162,000;

b. Front pay of no less than $100,000;

c. Waiting time penalties of no less than $5,800;

d. Wage statement penalties of no less than $4,000;

e. Medical expenses from 8/12/23 surgery and related one week of hospitalization of no less than ~~$~~ $189,000.

I would have including in my proof of claim the amounts of liquidated damages for commissions, unpaid overtime, meal and rest premiums, off-the-clock work, sick pay, and business expenses but the Debtor did not comply with his discovery obligations on these items in the Los Angeles Superior Court action. I therefore was required to file a motion for terminating sanctions or alternative an order requiring compliance based in part on these discovery violations. That motion was pending when this chapter 13 case was commenced.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2026

Everly Fitzgerald