Kevin T. Simon, Esq. SBN - 180967
THE LAW OFFICES OF KEVIN T. SIMON, APC
21241 Ventura Blvd., Suite 253
Woodland Hills, CA 91364
Tel: (818) 783-1674
Fax: (818) 783-6253
Email: kevin@ktsimonlaw.com

Attorney for Debtor(s),
Faissel Vincent Farhi

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

FAISSEL VINCENT FARHI,

Debtor(s).

Chapter 13
Case No.: 2:26-bk-12374-WB

DECLARATION OF FAISSEL VINCENT FARHI IN SUPPORT OF FUNDS SENT VIA WIRE TRANSFER FOR REMIBURSEMENT FOR MATERIALS RECEIVED

Date: December 16, 2026
Time: 10:00 am
Courtroom: 1375
Place: 255 E. Temple Street
Los Angeles, CA 90012

I, Faissel Vincent Farhi, declare as follows:

1. I am the Debtor in the instant bankruptcy case; case number 2:26-bk-12374-WB, which was filed on March 12, 2026.
2. I filed my current case in good faith to reorganize my debts.
3. I am self-employed in ceramic and tile sales.
4. I am 100% owner of two corporations, Zellij Gallery, Inc., and Moroccan Imports, LLC.

5. I sold real property located at 5547 Vantage Avenue Los Angeles, CA 91607-2009 on or about April 1, 2025. Attached hereto as Exhibit “A” is the final closing statement.

6. Funds received from the sale of real property were used to repay my vendors in Morocco for unpaid and outstanding inventory supplied. These funds were sent via three (3) wire transfers on May 27, 2025, June 5, 2025 and June 12, 2025 for a total of $401,000.00 USD transferred. Attached hereto as Exhibit "B" is evidence of the wire transfers totaling $401,000.00.

7. I had personally titled the wire transfers “Real Estate Purchase” as the funds were derived from the sale of real property; I inadvertently used the term “purchase” to label the transfers, in case there were any issues raised with the source of funds for the international wire transfers. The funds were not for the purposes of purchasing any real property. I did not purchase any real property with the funds. The funds were used strictly to repay past ordered and outstanding unpaid inventory supplied by my vendors estimated at approximately $4,365,840.50 MAD, or $435,061.34 USD.

8. The outstanding unpaid invoices for all inventory I received up-front from the period December 2020 through October 31, 2023, which I then used the wire transfers to repay my vendors are attached hereto as Exhibit “C”. It should be noted the funds on these invoices are listed in Moroccan dirham, not USD.

9. Evidence that the funds were received by my vendors, Zellij Expo and Zellij Gallery SARL. is attached hereto as Exhibit “D” in the form of a Declaration provided by the owner of these two companies, Miloud Farhi, confirming receipt of the wire transfer and payment acknowledgement that the “funds were paid by Faissel Farhi to pay toward outstanding financial obligations arising from inventory previously supplied by

Zellij Expo and/or Zellij Gallery SARL to Zellij Gallry Inc. from 2021 through 2023." The small discrepancy in the dollar amount received in the Declaration is due to exchange rates.

10. My father, Miloud Farhi, is a partial owner of the two vendors in Morocco (Zellij Expo and Zellij Gallery SARL) that supply the tiles imported by Zellij Gallery, Inc. Because of our familiar relationship, he allowed the use of this inventory for an extended period of time without requiring me to pay him up front for items delivered.

11. I have no interest in either of the two companies that my father owns, Zellij Gallery SARL and Zellij Expo, and have never had any interest in these companies. The companies that my father owns were established on June 7, 2016 and September 2, 2019, respectively, and I have no interest in either of these companies. Attached hereto as Exhibit "E" is are the articles of incorporation for both companies showing that I have no interest in either company.

12. The funds received from the sale of real property are therefore accounted for based upon the above explanation, and are no longer in my possession.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on November 18, 2026, at Woodland Hills, California.

Faissel Vincent Farhi

# EXHIBIT "A"

**HomeLight Title & Escrow Company**
701 North Brand Blvd
Suite 250
Glendale, CA 91203
(818) 351-5825

# Seller's Final Closing Statement

**Property**
5547 Vantage Avenue, (Valley Village Area)
Los Angeles, CA 91607-2009
**Escrow #** CA-25-23147
**Title #** 25 23147

**Escrow Officer** Michele Rene Wood
**Seller** Faissel Vincent Farhi
1944 Argyle Ave
2
Los Angeles, CA 90068

**Prepared** 04/01/2025
**Closing** 04/01/2025
**Disbursement Date** 04/01/2025
**Title by**
HomeLight Title and Escrow Company - Glendale

| | Debit | Credit |
|---|---|---|
| **Primary Charges & Credits** | | |
| Sale Price of Property | | $1,350,000.00 |
| Seller Credit | $10,000.00 | |
| Buyer Funds | | |
| Buyer Funds | | |
| Transfer of Security Deposit for 5549 Vantage | $3,361.21 | |
| Prorated Rent for 5547 Vantage | $1,575.00 | |
| Transfer of Security Deposit for 5547 Vantage | $2,497.71 | |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes ($7,990.22) 04/01/2025 to 07/01/2025 | | $4,017.18 |
| Prorated Rent for 12154 Burbank ($3,114.00) | $3,114.00 | |
| Prorated Rent for 5549 Vantage ($2,385.00) | $2,385.00 | |
| Transfer of Security Deposit for 12154 Burbank | $4,060.26 | |
| | | |
| **Payoffs/Payments** | | |
| Payoff to Existing 1st payoff lender | $471,078.56 | |
| Payoff: $471,078.56 | | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee - Deed | $28.00 | |
| Recording Fee - Reconveyance | | |
| City Transfer Tax (Deed) to Los Angeles County Recorder's Office | $6,075.00 | |
| County Transfer Tax (Deed) to Los Angeles County Recorder's Office | $1,485.00 | |
| | | |
| **Commissions** | | |
| Listing Agent Commission to Markarian Realty Group | $40,500.00 | |
| | | |
| **Title Charges** | | |
| Owner's Title Policy to HomeLight Title and Escrow Company - Glendale | $3,236.00 | |
| | | |
| **Escrow Charges** | | |
| Document Fee to HomeLight Title & Escrow Company | $50.00 | |
| Erecording Fee to HomeLight Title & Escrow Company | $12.50 | |
| Overnight/Wire Fee to HomeLight Title & Escrow Company | $100.00 | |
| Settlement or Closing Fee to HomeLight Title & Escrow Company | $3,150.00 | |
| | | |
| **Miscellaneous Charges** | | |
| Adminstration Fee to Markarian Realty Group | $500.00 | |
| COC to DWP | $25.00 | |
| Home Warranty to Old Republic Home Protection | $950.00 | |
| NHD Report to myNHD | $94.95 | |

| | Debit | Credit |
|---|---|---|
| Notary/Signing Fee to ENS Inc with RON accomodation | $250.00 | |
| Retrofit to Retrofit Express, Inc | $175.00 | |
| TC Fee to Clarity TC | $500.00 | |
| Withholding to State of California | $44,955.00 | |
| | **Debit** | **Credit** |
| **Subtotals** | **$600,158.19** | **$1,354,017.18** |
| Due to Seller | $753,858.99 | |
| **Totals** | **$1,354,017.18** | **$1,354,017.18** |

# EXHIBIT "B"

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Jun 12, 2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ATTIJARIWAFA BANK CASABLANCA MOROCCO MA REF:/CCT/MBTQZDT000AG REAL ESTATE PURCHASE TRN: 3531325163ES 06/12 | Outgoing wire transfer | –$51,000.00 | $2,416.58 |
| Jun 5, 2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ATTIJARIWAFA BANK CASABLANCA MOROCCO MA REF:/CCT/MBJTKWI300AG REAL ESTATE PURCHASE REAL ESTATE PURCHASE TRN: 3677905156ES 06/05 | Outgoing wire transfer | –$190,000.00 | $53,626.58 |
| May 27, 2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ATTIJARIWAFA BANK CASABLANCA MOROCCO MA REF:/CCT/MB1FOUUA00AD REAL ESTATE PURCHASE TRN: 3026705147ES 05/27 | Outgoing wire transfer | –$160,000.00 | $248,299.46 |
| [redacted] | | | | |
| Apr 14, 2025 | FEDWIRE CREDIT VIA: FIFTH THIRD BANK/042000314 B/O: HOMELIGHT TITLE AND ESCROW COMPANY SCOTTSDALE AZ 85257-3413 US REF: CHASE NYC/CTR/BNF=FAISSEL FARHI WEST HOLLYWOOD CA 90048 US/AC-00000000 5796 RFB=CA-25-23147 OBI=ADDITIONAL PROCEEDS 5547 VANTAGE AV ENUE, (VA LLEY VILLAGE AREA) LOS ANG ELES, CA 91607 CA IMAD: 0414D2B74A1C001345 TRN: 0468341104FF | Incoming wire transfer | $44,955.00 | $802,907.05 |
| Apr 2, 2025 | FEDWIRE CREDIT VIA: FIFTH THIRD BANK/042000314 B/O: HOMELIGHT TITLE AND ESCROW COMPANY SCOTTSDALE AZ 85257-3413 US REF: CHASE NYC/CTR/BNF=FAISSEL FARHI WEST HOLLYWOOD CA 90048 US/AC-00000000 5796 RFB=CA-25-23147 OBI=CA-25-2314 7 SELLER CLOSING PROCEEDS/5547 VANT AGE AVENUE, VALLEY VILLAG E, CA 916 07 BBI= IMAD: 0402D2B74A1C001797 TRN: 0456361092FF | Incoming wire transfer | $753,858.99 | $760,186.59 |

[redacted]

# EXHIBIT "C"

**Invoice number: INV-0001-0008**
Invoice date: DECEMBER 31, 2020

**ISSUED BY**
**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**
**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

Shipment / container: SEND IN CONTAINER : 12 / 2 6/ 2020

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price (MAD) | Amount (MAD) |
|---|---|---|---|---|---|
| # 001/20 | 4*4 / # 4 BONE | 330 | 30.555 | 600.00 | 18,333.00 |
| # 002/20 | 4*4 / # 3 PEARL | 360 | 33 | 600.00 | 19,800.00 |
| # 003/20 | MASBAH / # 3 PEARL | 50 | 50 | 1,450.00 | 72,500.00 |
| # 004/20 | MASBAH / # 4 BONE | 50 | 27.777241 | 1,450.00 | 40,277.00 |
| # 005/20 | BEJMAT 2*6 / # 1 SNW WHITE | 240 | 240 | 700.00 | 168,000.00 |
| # 006/20 | BEJMAT 2*6 / # 2 CHALK | 180 | 680 | 700.00 | 476,000.00 |
| # 007/20 | MUTALLET / # 2 CHALK | 100 | 50 | 1,700.00 | 85,000.00 |
| # 008/20 | BEJMAT 2*6 / # GREY WHITE | 13 | 50 | 700.00 | 35,000.00 |

PAID

**TOTAL: 914,910.00 MAD**

**Invoice number: INV-0009-0016**

Invoice date: FEBRUARY 28, 2021

**ISSUED BY**

**EXPO ZALLIJ SARL**

Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**

511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 001/21 | 4*4 / # 4 BONE | 66 | 35 | 600.00 | 21,000.00 |
| # 002/21 | 4*4 / # 3 PEARL | 72 | 39 | 600.00 | 23,400.00 |
| # 003/21 | MASBAH / # 3 PEARL | 20 | 18 | 1,450.00 | 26,100.00 |
| # 004/21 | MASBAH / # 1 SNW WHITE | 10 | 9 | 1,450.00 | 13,050.00 |
| # 005/21 | BEJMAT 2*6 / # 1 SNW WHITE | 48 | 21.6 | 700.00 | 15,120.00 |
| # 006/21 | BEJMAT 2*6 / # 2 CHALK | 36 | 16.25 | 700.00 | 11,375.00 |
| # 007/21 | CASABLANCA / # 1 SNW WHITE | 20 | 15.7 | 1,700.00 | 26,690.00 |
| # 008/21 | BEJMAT 2*6 / # 24 TEAL | 13 | 10 | 700.00 | 7,000.00 |

**TOTAL: 143,735.00 MAD**

Shipment / container: SEND IN CONTAINER : 23 / 02 / 2021

**Invoice number: INV-0025-0035**

**Invoice date: MAY 31, 2021**

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Qty (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0018/21 | 4*4 / # 4 BONE | 96 | 51.84 | 600.00 | 31,104.00 |
| # 0019/21 | 4*4 / # 1 SNW WHITE | 105 | 56.7 | 600.00 | 34,020.00 |
| # 0020/21 | 4*4 / # 3 PEARL | 192 | 103.68 | 600.00 | 62,208.00 |
| # 0021/21 | BEJMAT 2*6 / # 1 SNW WHITE | 64 | 34.64 | 700.00 | 24,248.00 |
| # 0022/21 | BEJMAT 2*6 / # 2 CHALK | 48 | 25.98 | 700.00 | 18,186.00 |
| # 0023/21 | BEJMAT 2*6 / # 3 PEARL | 91 | 49.26 | 700.00 | 34,482.00 |
| # 0024/21 | BEJMAT 2*6 / # 4 BONE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0025/21 | CASABLANCA / # 4 BONE | 50 | 23.62 | 1,700.00 | 40,154.00 |
| # 0026/21 | SALA / # 1 SNW WHITE | 31 | 16.9 | 1,000.00 | 16,900.00 |
| # 0027/21 | SALA / # 3 PEARL | 16 | 8.72 | 1,000.00 | 8,720.00 |
| # 0028/21 | SALA / # 4 BONE | 36 | 19.63 | 1,000.00 | 19,630.00 |

PAID

**TOTAL: 332,093.00 MAD**

Shipment / container: SEND IN CONTAINER : 25 / 05 / 2021

**Invoice number: INV-0036-0047**

**Invoice date: JULY 31, 2021**

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0029/21 | MJADAJ 4*4 / # 4 BONE | 148 | 79.92 | 600.00 | 47,952.00 |
| # 0030/21 | MJADAJ 4*4 / # 1 SNOW WHITE | 187 | 101 | 600.00 | 60,600.00 |
| # 0031/21 | MJADAJ 4*4 / # 3 PEARL | 176 | 95.04 | 600.00 | 57,024.00 |
| # 0032/21 | MJADAJ 4*4 / # 21 PERIDOT | 76 | 35.177143 | 700.00 | 24,624.00 |
| # 0033/21 | MJADAJ 4*4 / # 2 CHALK | 48 | 22.217143 | 700.00 | 15,552.00 |
| # 0034/21 | BEJMAT 2*6 / # 1 SNOW WHITE | 48 | 26 | 700.00 | 18,200.00 |
| # 0035/21 | BEJMAT 2*6 / # 4 BONE | 272 | 147.24 | 700.00 | 103,068.00 |
| # 0036/21 | BEJMAT 2*6 / # 2 CHALK | 158 | 85.53 | 700.00 | 59,871.00 |
| # 0037/21 | BEJMAT 2*8 / # 4 BONE | 67 | 36.18 | 700.00 | 25,326.00 |
| # 0038/21 | BEJMAT 2*8 / # 2 CHALK | 52 | 28.08 | 700.00 | 19,656.00 |
| # 0039/21 | SALA / # 4 BONE | 43 | 23.45 | 700.00 | 16,415.00 |
| # 0040/21 | MASBAH / # 4 BONE | 32 | 17.32 | 1,450.00 | 25,114.00 |

**TOTAL: 473,402.00 MAD**

PAID

Shipment / container: SEND IN CONTAINER : 17 / 07 / 2021

**Invoice number: INV-0054-0067**

Invoice date: NOVEMBER 30, 2021

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0047/21 | BEJMAT 2*6 / # 1 SNOW WHITE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0048/21 | BEJMAT 2*6 / # 3 PEARL | 224 | 121.26 | 700.00 | 84,882.00 |
| # 0049/21 | BEJMAT 2*6 / # 2 CHALK | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0050/21 | MJADAJ 4*4 / # 1 SNOW WHITE | 112 | 60.48 | 600.00 | 36,288.00 |
| # 0051/21 | MJADAJ 4*4 / # 2 CHALK | 112 | 60.48 | 600.00 | 36,288.00 |
| # 0052/21 | MJADAJ 4*4 / # 4 BONE | 112 | 60.48 | 600.00 | 36,288.00 |
| # 0053/21 | BEJMAT 2*8 / # 3 PEARL | 48 | 25.92 | 700.00 | 18,144.00 |
| # 0054/21 | BEJMAT 2*8 / # 1 SNOW WHITE | 36 | 19.44 | 700.00 | 13,608.00 |
| # 0055/21 | SALA 2*2 / # 1 SNOW WHITE | 36 | 19.63 | 700.00 | 13,741.00 |
| # 0056/21 | SALA 2*2 / # 2 CHALK | 36 | 19.63 | 700.00 | 13,741.00 |
| # 0057/21 | SALA 2*2 / # 3 PEARL | 45 | 24.54 | 700.00 | 17,178.00 |
| # 0058/21 | SALA 2*2 / # 4 BONE | 45 | 24.54 | 700.00 | 17,178.00 |
| # 0059/21 | CASABLANCA / # 2 CHALK | 45 | 21.19 | 1,700.00 | 36,023.00 |
| # 0060/21 | MUTALLAT / # 2 CHALK | 36 | 19.63 | 2,200.00 | 43,186.00 |

**TOTAL: 451,427.00 MAD**

Shipment / container: SEND IN CONTAINER : 20 / 11 / 2021 MSCU 4891991

**Invoice number: INV-0068-0071**

Invoice date: DECEMBER 31, 2021

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0061/21 | MJADAJ 4*4 / # 3 PEARL | 112 | 60.48 | 600.00 | 36,288.00 |
| # 0062/21 | BEJMAT 2*6 / # 1 SNOW WHITE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0063/21 | BEJMAT 2*6 / # 2 CHALK | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0064/21 | BEJMAT 2*6 / # 3 PEARL | 88 | 47.63 | 700.00 | 33,341.00 |

**TOTAL: 154,511.00 MAD**

Shipment / container: SEND IN CONTAINER : 09 / 12 / 2021 GLDU 5294629

PAID

**Invoice number: INV-0072-0080**

Invoice date: DECEMBER 31, 2021

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0065/21 | BEJMAT 2*6 / # 4 BONE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 0066/21 | SALA 2*2 / # 1 SNOW WHITE | 45 | 24.54 | 700.00 | 17,178.00 |
| # 0067/21 | SALA 2*2 / # 3 PEARL | 36 | 19.63 | 700.00 | 13,741.00 |
| # 0068/21 | SALA 2*2 / # 4 BONE | 36 | 19.63 | 700.00 | 13,741.00 |
| # 0069/21 | MASBAH / # 2 CHALK | 36 | 19.63 | 1,450.00 | 28,463.50 |
| # 0070/21 | FT-150 ( 1 * 4 ) / # 1 SNOW WHITE | 2 | 50 | 70.00 | 3,500.00 |
| # 0071/21 | FT-150 ( 1 * 4 ) / # 2 CHALK | 2 | 50 | 70.00 | 3,500.00 |
| # 0072/21 | FT-150 ( 1 * 4 ) / # 3 PEARL | 2 | 50 | 70.00 | 3,500.00 |
| # 0073/21 | FT-150 ( 1 * 4 ) / # 4 BONE | 2 | 50 | 70.00 | 3,500.00 |

**TOTAL: 129,564.50 MAD**

Shipment / container: SEND IN CONTAINER : 09 / 12 / 2021 GLDU 5294629

**Invoice number: INV-0081-0089**

Invoice date: JANUARY 31, 2022

**ISSUED BY**

**EXPO ZALLIJ SARL**

Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Maroc
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**

511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 001/22 | BEJMAT 2*6 / # 2 CHALK | 112 | 60.63 | 700.00 | 42,441.00 |
| # 002/222 | BEJMAT 2*6 / # 3 PEARL | 256 | 138.58 | 700.00 | 97,006.00 |
| # 003/22 | MJADAJ 4*4 / # 3 PEARL | 112 | 60.48 | 600.00 | 36,288.00 |
| # 004/22 | SALA 2*2 / # 3 PEARL | 84 | 45.52 | 700.00 | 31,864.00 |
| # 005/22 | SALA 2*2 / # 21 PERIDOT | 15 | 8.13 | 700.00 | 5,691.00 |
| # 006/22 | SALA 2*2 / # 7 KHAKI | 36 | 19.63 | 700.00 | 13,741.00 |
| # 007/22 | CASABLANCA / # 2 CHALK | 81 | 38.07 | 1,700.00 | 64,719.00 |
| # 008/22 | MUTALLET / # 2 CHALK | 36 | 19.63 | 2,200.00 | 43,186.00 |
| # 009/22 | MASBAH / # 4 BONE | 16 | 7.24 | 1,450.00 | 10,498.00 |

**TOTAL: 345,434.00 MAD**

Shipment / container: SEND IN CONTAINER : MSDU 1217578 02 / 20 / 2022

**Invoice number: INV-0094-0097**

Invoice date: JUNE 30, 2022

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 014/22 | MJADAJ 4*4 / # 2 CHALK | 228 | 123.12 | 600.00 | 73,872.00 |
| # 015/22 | MJADAJ 4*4 / # 4 BONE | 112 | 60.48 | 600.00 | 36,288.00 |
| # 016/22 | MJADAJ 4*4 / # 3 PEARL | 28 | 15.12 | 600.00 | 9,072.00 |
| # 017/22 | BEJMAT 2*8 / # 2 CHALK | 84 | 45.36 | 700.00 | 31,752.00 |

**TOTAL: 150,984.00 MAD**

Shipment / container: SEND IN CONTAINER : TCLU 2547850 06 / 27 / 2022

PAID

**Invoice number: INV-0098-0104**

Invoice date: OCTOBER 31, 2022

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 018/22 | MJADAJ 4*4 / # 3 PEARL | 224 | 120.96 | 600.00 | 72,576.00 |
| # 019/22 | MJADAJ 4*4 / # 4 BONE | 112 | 60.48 | 600.00 | 36,288.00 |
| # 020/22 | BEJMAT 2*6 / # 1 SNOW WHITE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 021/22 | BEJMAT 2*8 / # 3 PEARL | 123 | 66.42 | 700.00 | 46,494.00 |
| # 022/22 | BEJMAT 2*8 / # 2 CHALK | 38 | 20.52 | 700.00 | 14,364.00 |
| # 023/22 | CASABLANCA / # 4 BONE | 28 | 13.16 | 1,700.00 | 22,372.00 |
| # 024/22 | SALA 2*2 / # 1 SNOW WHITE | 39 | 21.06 | 700.00 | 14,742.00 |

**TOTAL: 249,277.00 MAD**

Shipment / container: SEND IN CONTAINER : MSMU2108921 / MEDUCA 191476 10 / 02 / 2022

**Invoice number: INV-0105-0109**

Invoice date: JANUARY 31, 2023

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 001/23 | MJADAJ 4*4 / # 4 BONE | 336 | 181.44 | 650.00 | 117,936.00 |
| # 002/23 | MJADAJ 4*4 / # 2 CHALK | 224 | 120.96 | 650.00 | 78,624.00 |
| # 003/23 | BEJMAT 2*6 / # 4 BONE | 112 | 60.63 | 700.00 | 42,441.00 |
| # 004/23 | BEJMAT 2*6 / # 2 CHALK | 135 | 73.08 | 700.00 | 51,156.00 |
| # 005/23 | SALA 2*2 / # 25 EMERALD | 28 | 15.27 | 800.00 | 12,216.00 |

**TOTAL: 302,373.00 MAD**

Shipment / container: SEND IN CONTAINER : MSDU 2236470 / MEDUCA 206084 12 / 20 / 2022

**Invoice number: INV-0110-0114**

Invoice date: FEBRUARY 28, 2023

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 006/23 | FT-100 / # 2 CHALK | 1 | 113.5 | 45.00 | 5,107.50 |
| # 007/23 | FT-100 / # 4 BONE | 1 | 80 | 45.00 | 3,600.00 |
| # 008/23 | BEJMAT 2*8 / # 4 BONE | 78 | 42.12 | 700.00 | 29,484.00 |
| # 009/23 | BEJMAT 2*6 / # 4 BONE | 114 | 61.71 | 700.00 | 43,197.00 |
| # 010/23 | SALA 2*2 / # 2 CHALK | 85 | 46.36 | 800.00 | 37,088.00 |

**TOTAL: 118,476.50 MAD**

Shipment / container: SEND IN CONTAINER : TRHU 3614589 / BL: SSPHCSB0002930 17-feb 2023

**Invoice number: INV-0115-0118**

Invoice date: APRIL 30, 2023

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0011/23 | BEJMAT 2*6 / # 4 BONE | 21 | 11.36 | 700.00 | 7,952.00 |
| # 012/23 | FT-150 / # 2 CHALK | 1 | 47.4 | 80.00 | 3,792.00 |
| # 013/23 | FT-150 / # 4 BONE | 1 | 35.4 | 80.00 | 2,832.00 |
| # 014/23 | SALA 2*2 / # 2 CHALK | 108 | 58.9 | 800.00 | 47,120.00 |

**TOTAL: 61,696.00 MAD**

Shipment / container: SEND IN CONTAINER : ZIMU 319406 / BL: SSPHCSB0002946 20 - March 2023

PAID

**Invoice number: INV-0119-0120**

Invoice date: OCTOBER 31, 2023

**ISSUED BY**

**EXPO ZALLIJ SARL**
Magasin Lot 8, Lots Nasma
Jnane Al Ward, Sehb El Ward
Bled Bensouda, Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 60621 | I.F.: 37715654
ICE: 002330802000006

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0015/23 | BEJMAT 2*6 / # 2 CHALK | 64 | 34.64 | 700.00 | 24,248.00 |
| # 0016/23 | BEJMAT 2*8 / # 2 CHALK | 90 | 48.6 | 700.00 | 34,020.00 |

**TOTAL: 58,268.00 MAD**

Shipment / container: SEND IN CONTAINER : FCIU 4112061 / BL ZIMUCSB 0003111 18 - OCTOBER 2023

PAID

## Invoice number: INV-0017-0024

Invoice date: MARCH 31, 2021

**ISSUED BY**

**ZELLIJ GALLERY SARL**

51 Rue 1, Av Mer Baltique
Hay Riad 3, Route Sefrou
Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 49881 | I.F.: 18792710
ICE: 001665352000040

**BILL TO**

**ZELLIJ GALLERY INC.**

511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Qty (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0010/21 | 4*4 / # 1 SNOW WHITE | 70 | 37.8 | 600.00 | 22,680.00 |
| # 0011/21 | 4*4 / # 2 CHALK | 43 | 23.22 | 600.00 | 13,932.00 |
| # 0012/21 | 4*4 / # 3 PEARL | 73 | 39.42 | 600.00 | 23,652.00 |
| # 0013/21 | BEJMAT 2*6 / # 3 PEARL | 22 | 17.2 | 700.00 | 12,040.00 |
| # 0014/21 | BEJMAT 2*6 / # 4 BONE | 60 | 46.91 | 700.00 | 32,837.00 |
| # 0015/21 | BEJMAT 2*6 / # 1 SNW WHITE | 30 | 23.45 | 700.00 | 16,415.00 |
| # 0016/21 | BEJMAT 2*6 / # 7 KHAKI | 3 | 2.34 | 700.00 | 1,638.00 |
| # 0017/21 | BEJMAT 2*6 / # 2 CHALK | 2 | 1.56 | 700.00 | 1,092.00 |

**TOTAL:** **124,286.00 MAD**

Shipment / container: SEND IN CONTAINER : 05/04 / 2021

**Invoice number: INV-0048-0053**

**Invoice date: SEPTEMBER 30, 2021**

**ISSUED BY**

**ZELLIJ GALLERY SARL**
51 Rue 1, Av Mer Baltique
Hay Riad 3, Route Sefrou
Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 49881 | I.F.: 18792710
ICE: 001665352000040

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Qty (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 0041/21 | BEJMAT 2*6 / # 4 BONE | 68 | 36.8 | 700.00 | 25,760.00 |
| # 0042/21 | BEJMAT 2*6 / # 2 CHALK | 108 | 58.46 | 700.00 | 40,922.00 |
| # 0043/21 | SALA 2*2 / # 2 CHALK | 50 | 27.27 | 700.00 | 19,089.00 |
| # 0044/21 | SALA 2*2 / # 4 BONE | 50 | 27.27 | 700.00 | 19,089.00 |
| # 0045/21 | CASABLANCA / # 4 BONE | 40 | 18.83 | 1,700.00 | 32,011.00 |
| # 0046/21 | BEJMAT 2*8 / # 25 EMERALD | 37 | 20 | 700.00 | 14,000.00 |

PAID

**TOTAL: 150,871.00 MAD**

Shipment / container: SEND IN CONTAINER : 03 / 09 / 2021

**Invoice number: INV-0090-0093**

Invoice date: MAY 31, 2022

**ISSUED BY**

**ZELLIJ GALLERY SARL**
51 Rue 1, Av Mer Baltique
Hay Riad 3, Route Sefrou
Fes, Morocco
Phone: 06 60 28 93 82
R.C.: 49881 | I.F.: 18792710
ICE: 001665352000040

**BILL TO**

**ZELLIJ GALLERY INC.**
511 N Robertson Blvd
West Hollywood, CA 90048, USA
Phone: 323.804.0503
Email: info@zellijgallery.com

| Original code | Product / size / color | Boxes | Quantity (m²) | Unit price | Amount |
|---|---|---|---|---|---|
| # 010/22 | MJADAJ 4*4 / # 3 PEARL | 112 | 60.48 | 600.00 | 36,288.00 |
| # 011/22 | MJADAJ 4*4 / # 4 BONE | 127 | 68.58 | 600.00 | 41,148.00 |
| # 012/22 | MASBAH / # 4 BONE | 101 | 55.09 | 1,450.00 | 79,880.50 |
| # 013/22 | CASABLANCA / # 3 PEARL | 59 | 27.78 | 1,700.00 | 47,226.00 |

**TOTAL: 204,542.50 MAD**

Shipment / container: SEND IN CONTAINER : MSDU 2798707 05 / 16 / 2022

PAID

# EXHIBIT "D"

I, Miloud Farhi, an owner and representative of Zellij Expo and Zellij Gallery SARL, two companies established in Morocco and serving as the suppliers of Zellij Gallery INC**,** a company incorporated in the United States, hereby acknowledge and confirm receipt of the sum of $401,306.53 from Faissel Farhi on August 8, 2025.

I confirm that these funds were paid by Faissel Farhi toward outstanding financial obligations arising from inventory previously supplied by Zellij Expo and/or Zellij Gallery SARL to Zellij Gallery, Inc. during the period 2021 through 2023

I further acknowledge that the full amount stated above was received and applied toward the settlement of these prior inventory obligations.

**Miloud Farhi**

Signature: M Farh ______________________

Date: October 19, 2026

# EXHIBIT "E"

# STE EXPO ZALIJ Sarl

**Capital social : 100 000,00 DHS**

**Siège social : Magasin, Lot 8, Lotissement Nasma, Jnane Al Ward**

**Sehb El Ward, Bled Bensouda, Fès.**

# S T A T U T S

**Entre les soussignés:**

1. Monsieur EL BOUKNALI Moncef , titulaire de la CIN N° CD 145674, de nationalité marocaine, né à Fès le 07/01/1987 et domicilié à N° 51, Rue N° 1, Av la Mer Baltique Hay Riyad 3, Rte Sefrou, Fès.

2. Monsieur FARHI Miloud, titulaire de la CIN N° C 76645, de nationalité marocaine, né à Moulay Yacoub le 30/06/1952 et domicilié à N° 42/3, Hay Anas 1, Route Ain Smen, Fès

3. Mme FARHI Oulaya, titulaire de la CIN N° C 793175, de nationalité marocaine, né à Fès le 26/09/1981 et domicilié à Av Ismailia, N° 182, Zohour 2, Fès.

Il a été convenu et arrêté ainsi qu'il suit les statuts de la société à responsabilité limitée que les soussignés décident d'instituer entre eux.

## TITRE I : FORME - OBJET - DENOMINATION - SIEGE - DUREE - EXERCICE

**Article 1 - Forme**

Il est formé entre les soussignés, propriétaires des parts ci-après créées et entre les propriétaires des celles qui pourront l'être ultérieurement une société à responsabilité limitée qui sera régie par la loi N°5-96 du 13 Février 1997 sur la société en nom collectif, la société en commandite simple, la société en commandite par actions, la société à responsabilité limitée et la société en participation, par toutes autres dispositions légales et réglementaires en vigueur, et par les présents statuts.

**Article 2 - Objet**

La société a pour objet :

- Fabrication artisanale de Zélliges traditionnelle, d'objet en cuivre, en bois, en aluminium, en plâtre, en fer.
- Achat, Vente, Fabrication et Exportation de tous articles d'artisanat Marocain,
- L'entreprise de travaux publics et privés et de génie civil de toute nature. Tous Travaux routiers, de terrassement, d'assainissement et d'aménagement d'espace verts et de jardins. Toute sortes d'opérations de démolitions, de constructions ou de bâtiments et leur évacuation dans le but d'édifier de nouvelles constructions . Tous travaux relatifs au bâtiment : menuiserie de bois , plomberie, chauffage, climatisation.
- La restauration de tous monuments historique,
- Toutes opérations industrielles, commerciales et financières, mobilières et immobilières pouvant se rattacher directement ou indirectement à l'objet social et pouvant favoriser son extension ou son développement..

**Article 3 - Dénomination**

La dénomination de la société est : STE EXPO ZALIJ Sarl.

**Article 4 - Siège social**

Le siège social est fixé à : Magasin, Lot 8, lotissement Nasma, Jnane El Ward, Sehb El Ward, Bled Bensouda, Fès. Il pourra être transféré en tout autre endroit de la même préfecture ou province par simple décision de la gérance, sous réserve de ratification par la prochaine assemblée générale extraordinaire des associés.

**Article 5 - Durée**
La durée de la société est fixée à 99 années à compter de son immatriculation au registre du commerce, sauf les cas de prorogation ou de dissolution anticipée prévus ci-après.

**Article 6 - Exercice social**
L'exercice social commence le premier janvier et se termine le trente et un décembre. Par exception, le premier exercice comprendra le temps écoulé du jour de la constitution définitive de la société jusqu'au trente et un décembre.

## TITRE II : APPORTS - CAPITAL - PARTS SOCIALES

**Article 7 - Apports**
Les soussignés font apports à la société, savoir :

1. Monsieur EL BOUKNALI Moncef apporte la somme de 50 000.00 dirhams.
2. Monsieur FARHI Miloud apporte la somme de 48 000.00 dirhams.
3. Mme FARHI Oulaya apporte la somme de 2 000.00 dirhams.

Montant des apports en numéraire : Cent Mille Dirhams (100 000.00 DH).
Cette somme de Cent Mille Dirhams (100 000.00 DH) a été apportée en numéraire et va être déposée à au compte caisse de la société en formation.

**Article 8 - Capital social**
Le capital social est fixé à la somme de Cent Mille Dirhams (100 000.00 DH). Il est divisé en 1000 parts de Cent dirhams chacune, numérotées de 1 à 1000, attribuées aux associés en rémunération de leurs apports, savoir :

1. Monsieur EL BOUKNALI Moncef à concurrence de 500 parts;
2. Monsieur FARHI Miloud à concurrence de 480 parts;
3. Mme FARHI Oulaya à concurrence de 20 parts

Soit un total égal au nombre de parts composant le capital social : Milles parts (1000 parts). Ces parts porteront jouissance à compter de l'inscription de la société au registre du commerce.
Les associés déclarent que ces parts sont réparties entre eux dans les proportions ci-dessus indiquées et qu'elles sont toutes souscrites et libérées intégralement.

**Article 9 - Modification du capital social**

**1 - Augmentation du capital**

**I - Modalités de l'augmentation du capital**
Le capital social peut, en vertu d'une décision extraordinaire des associés, être augmenté, en une ou plusieurs fois, en représentation d'apports en nature ou en numéraire, ou par incorporation de tout ou partie des bénéfices ou réserves disponibles, au moyen de la création de parts sociales nouvelles ou de l'élévation de la valeur nominale des parts existantes.
Les parts nouvelles peuvent être créées au pair ou avec prime ; dans ce cas, la collectivité des associés, par la décision extraordinaire portant augmentation du capital, fixe le montant de la prime et détermine son affectation.

**2 - Souscription en numéraire et apports en nature**
En cas d'augmentation de capital par souscription de parts sociales en numéraire, les fonds provenant de la libération des parts sociales doivent faire l'objet d'un dépôt dans les huit jours de leur réception dans un compte bancaire bloqué.
Si l'augmentation de capital est réalisée en tout ou partie au moyen d'apports en nature, l'évaluation de chaque apport en nature doit être faite au vu d'un rapport établi sous sa responsabilité par un

**Article 33 - Contestations**
Toutes les contestations entre les associés, relatives aux affaires sociales pendant la durée de la société ou de sa liquidation, seront jugées conformément à la loi et soumises à la juridiction des tribunaux compétents dans les conditions du droit commun.

**TITRE VIII : DISPOSITIONS DIVERSES**

**Article 34 - Personnalité morale - immatriculation au registre du commerce**
Conformément à la loi, la société ne jouira de la personnalité morale qu'à dater de son immatriculation au registre du commerce.
Le ou les gérants sont tenus de requérir cette immatriculation dans les plus courts délais, et de remplir à cet effet toutes les formalités nécessaires.
En outre, pour faire publier la constitution de la présente société conformément à la loi, tous pouvoirs sont donnés à un associé ou au porteur d'une copie des présents statuts comme de toutes autres pièces qui pourraient être exigées.

**Article 35 - Actes accomplis pour le compte de la société en formation**
Un état des actes accomplis pour le compte de la société en formation, avec l'indication pour chacun d'eux de l'engagement qui en résulterait pour la société, a été présenté aux associés avant la signature des statuts.

**Article 36 - Dépôt**
Les présents statuts seront déposés au greffe du Tribunal Commercial de Première Instance de Fès.

**Article 37 - Frais**
Les frais, droits et honoraires des présentes et de leurs suites seront supportés par la société, portés au compte des "Frais d'établissement" et amortis sur les premiers exercices avant toute distribution de dividendes.

EL BOUKNALI Moncef ........................ | FARHI Oulaya ........................ | FARHI Miloud ........................

N° 25 102
Vu pour la légalisation de Signature
Oulaya Farhi
Moncef El Bouknali
Miloud Farhi
SEPT 2019
Le Président du Conseil Communal

Pour le Président et par
Délégation
Signé : Saida JOUAHRI

نسخة مشهود بمطابقتها للأصل
2019 أكتوبر 21

# SOCIETE ZELLIJ GALLERY Sarl

**Capital social : 100 000,00 DHS**

**Siège social : 2° Etage, N° 51, Rue 1, Av la Mer Baltique,**

**Hay Riyad 3, Rte Sefrou, Fès.**



## S T A T U T S

**Entre les soussignés:**

1. Monsieur EL BOUKNALI Moncef , titulaire de la CIN N° CD 145674, de nationalité marocaine, né à Fès le 07/01/1987 et domicilié à N° 51, Rue N° 1, Av la Mer Baltique Hay Riyad 3, Rte Sefrou, Fès.

2. Monsieur FARHI Miloud, titulaire de la CIN N° C 76645, de nationalité marocaine, né à Moulay Yacoub le 30/06/1952 et domicilié à N° 42/3, Hay Anas 1, Route Ain Smen, Fès

Il a été convenu et arrêté ainsi qu'il suit les statuts de la société à responsabilité limitée que les soussignés décident d'instituer entre eux.

### TITRE I : FORME - OBJET - DENOMINATION - SIEGE – DUREE - EXERCICE

**Article 1 - Forme**

Il est formé entre les soussignés, propriétaires des parts ci-après créées et entre les propriétaires des celles qui pourront l'être ultérieurement une société à responsabilité limitée qui sera régie par la loi N°5-96 du 13 Février 1997 sur la société en nom collectif, la société en commandite simple, la société en commandite par actions, la société à responsabilité limitée et la société en participation, par toutes autres dispositions légales et réglementaires en vigueur, et par les présents statuts.

**Article 2 - Objet**

La société a pour objet :

- Fabrication artisanale de Zélliges traditionnelle, d'objet en cuivre, en bois, en aluminium, en plâtre, en fer.
- Achat, Vente, Fabrication et Exportation de tous articles d'artisanat Marocain,
- L'entreprise de travaux publics et privés et de génie civil de toute nature. Tous Travaux routiers, de terrassement, d'assainissement et d'aménagement d'espace verts et de jardins. Toute sortes d'opérations de démolitions, de constructions ou de bâtiments et leur évacuation dans le but d'édifier de nouvelles constructions. Tous travaux relatifs au bâtiment : menuiserie de bois , plomberie, chauffage, climatisation.
- La restauration de tous monuments historique,
- Toutes opérations industrielles, commerciales et financières, mobilières et immobilières pouvant se rattacher directement ou indirectement à l'objet social et pouvant favoriser son extension ou son développement..

**Article 3 - Dénomination**

La dénomination de la société est : ZELLIJ GALLERY Sarl.

**Article 4 - Siège social**

3. Le siège social est fixé à 2° Etage, N° 51, Rue N° 1, Av la Mer Baltique, Hay Riyad 3, Rte Sefrou, Fès. Il pourra être transféré en tout autre endroit de la même préfecture ou province par simple décision de la gérance, sous réserve de ratification par la prochaine assemblée générale extraordinaire des associés.

[redacted]

**Article 5 - Durée**
La durée de la société est fixée à 99 années à compter de son immatriculation au registre du commerce, sauf les cas de prorogation ou de dissolution anticipée prévus ci-après.

**Article 6 - Exercice social**
L'exercice social commence le premier janvier et se termine le trente et un décembre. Par exception, le premier exercice comprendra le temps écoulé du jour de la constitution définitive de la société jusqu'au trente et un décembre.

## TITRE II : APPORTS - CAPITAL - PARTS SOCIALES

**Article 7 - Apports**
Les soussignés font apports à la société, savoir :

1.Monsieur EL BOUKNALI Moncef apporte la somme de 50 000.00 dirhams.
2.Monsieur FARHI Miloud apporte la somme de 50 000.00 dirhams.

Montant des apports en numéraire : Cent Mille Dirhams (100 000.00 DH).
Cette somme de Cent Mille Dirhams (100 000.00 DH) a été apportée en numéraire et va être déposée à au compte caisse de la société en formation.

**Article 8 - Capital social**
Le capital social est fixé à la somme de Cent Mille Dirhams (100 000.00 DH). Il est divisé en 1000 parts de Cent dirhams chacune, numérotées de 1 à 1000, attribuées aux associés en rémunération de leurs apports, savoir :
1. Monsieur EL BOUKNALI Moncef à concurrence de 500 parts;
2. Monsieur FARHI Miloud à concurrence de 500 parts;

Soit un total égal au nombre de parts composant le capital social : Milles parts (1000 parts). Ces parts porteront jouissance à compter de l'inscription de la société au registre du commerce.
Les associés déclarent que ces parts sont réparties entre eux dans les proportions ci-dessus indiquées et qu'elles sont toutes souscrites et libérées intégralement.

**Article 9 - Modification du capital social**

**I - Augmentation du capital**

**1 - Modalités de l'augmentation du capital**
Le capital social peut, en vertu d'une décision extraordinaire des associés, être augmenté, en une ou plusieurs fois, en représentation d'apports en nature ou en numéraire, ou par incorporation de tout ou partie des bénéfices ou réserves disponibles, au moyen de la création de parts sociales nouvelles ou de l'élévation de la valeur nominale des parts existantes.
Les parts nouvelles peuvent être créées au pair ou avec prime ; dans ce cas, la collectivité des associés, par la décision extraordinaire portant augmentation du capital, fixe le montant de la prime et détermine son affectation.

**2 - Souscription en numéraire et apports en nature**
En cas d'augmentation de capital par souscription de parts sociales en numéraire, les fonds provenant de la libération des parts sociales doivent faire l'objet d'un dépôt dans les huit jours de leur réception dans un compte bancaire bloqué.
Si l'augmentation de capital est réalisée en tout ou partie au moyen d'apports en nature, l'évaluation de chaque apport en nature doit être faite au vu d'un rapport établi sous sa responsabilité par un commissaire aux apports désigné par ordonnance du président du tribunal, statuant en référé, à la requête de l'un des gérants.
Les parts représentatives de toute augmentation de capital doivent être entièrement libérées et réparties lors de leur création.

[redacted]

**Article 33 - Contestations**

Toutes les contestations entre les associés, relatives aux affaires sociales pendant la durée de la société ou de sa liquidation, seront jugées conformément à la loi et soumises à la juridiction des tribunaux compétents dans les conditions du droit commun.

**TITRE VIII : DISPOSITIONS DIVERSES**

**Article 34 - Personnalité morale - Immatriculation au registre du commerce**

Conformément à la loi, la société ne jouira de la personnalité morale qu'à dater de son immatriculation au registre du commerce.

Le ou les gérants sont tenus de requérir cette immatriculation dans les plus courts délais, et de remplir à cet effet toutes les formalités nécessaires.

En outre, pour faire publier la constitution de la présente société conformément à la loi, tous pouvoirs sont donnés à un associé ou au porteur d'une copie des présents statuts comme de toutes autres pièces qui pourraient être exigées.

**Article 35 - Actes accomplis pour le compte de la société en formation**

Un état des actes accomplis pour le compte de la société en formation, avec l'indication pour chacun d'eux de l'engagement qui en résulterait pour la société, a été présenté aux associés avant la signature des statuts.

**Article 36 - Dépôt**

Les présents statuts seront déposés au greffe du Tribunal Commercial de Première Instance de Fès.

**Article 37 - Frais**

Les frais, droits et honoraires des présentes et de leurs suites seront supportés par la société, portés au compte des "Frais d'établissement" et amortis sur les premiers exercices avant toute distribution de dividendes.

EL BOUKNALI Moncef ........ FARHI Miloud ........

N° 12502/16

ELBOUKNALI MONCEF

FARHI MILOUD

02 JUIN 2016

Pour Le Président et par Délégation

Signé : Rajae ABBOU

1000,00 Dhs

Le 07/06/16 16572

DR 15612

DU 07.06.2016

PERÇU Mille Dhs

MINISTERE DE L'ECONOMIE ET DES FINANCES

07 JUIN 2016

[redacted]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

THE LAW OFFICES OF KEVIN T. SIMON, APC. 21241 Ventura Blvd., Suite 253 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF FAISSEL VINCENT FARHI IN SUPPORT OF FUNDS SENT VIA WIRE TRANSFER FOR REMIBURSEMENT FOR MATERIALS RECEIVED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/23/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy Curry (TR): ecfnc@trustee13.com, inquiries@trusteecurry.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Kevin T Simon: kevin@ktsimonlaw.com
AIS Portfolio Services, LLC amit.sharma@aisinfo.com
Ramlo Law RamloLegal@gmail.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/23/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)
Faissel Vincent Farhi
1944 Argyle Avenue #2
Los Angeles, CA 90068

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/23/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy: Honorable Julia W. Brand 255 E. Temple Street, Suite 1382 / Ctrm. 1375 Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/23/2026 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE LIST:**

Amex
CorrespondenceBankruptcy
PO Box 981535
El Paso, TX 79998

Bank of Whittier
15141 East Whittier Blvd.
Whittier, CA 90603

Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

BMW Financial Services
1400 City View Drivr
Columbus, OH 43215

BMW Financial Services
c/o AIS Portfolio Services LP
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Ihssane Benali
1944 Argyle Avenue #2
Los Angeles, CA 90068

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Joshua D. Schein, Esq.
Schein Law Group APC
RE: Everly Fitzgerald
2029 Century Park East, Suite 400
Los Angeles, CA 90067

JPMC
c/o National Bankruptcy Services
PO Box 9013
Addison, TX 75001

JPMC c/o
National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Kurt Ramlo, Ramlo Law
15021 Ventura Blvd.
#544
Sherman Oaks, CA 91403

Law Office of Parag L. Amin, P.C.
5901 W. Century Blvd.
Suite 1518
Los Angeles, CA 90045

Lisa G. Sherman, Esq.
Sherman Law Corporation
Re: Everly Fitzgerald
6300 Wilshire Blvd., Suite 880
Los Angeles, CA 90048

Mechanics Bank c/o its agent
Inclined Technologies, Inc.
9450 SW Gemini Dr.
PMB 59913
Beaverton, OR 97008

O'Hagan Meyer LLP
4695 MacArthur Court
Siute 900
Newport Beach, CA 92660

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Resurgent Capital Services
Re: LVNV Funding, LLC
P.O. Box 10587
Greenville, SC 29603-0587

Superior Court - Los Angeles
111 N. Hill Street
Los Angeles, CA 90012